HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARKEL INSURANCE COMPANY as Subrogee of SMOKEY POINT KIDS N US INC., <br><br> Plaintiff, <br><br> vs. <br><br> BROAN-NUTONE LLC, a Delaware corporation; and DOES 1 through 25, inclusive , <br><br> Defendants. | Case No. 2:20-cv-00859-RAJ-MAT <br><br> Hon. Judge Richard A. Jones <br><br> Magistrate Judge: Mary Alice Theiler <br><br> STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

Pursuant to Local Rule 83.2(b), Plaintiff MARKEL INSURANCE COMPANY as Subrogee of SMOKEY POINT KIDS N US INC. ("Plaintiff") requests that Bonnie J. Bennett of the Law Offices of Robert A. Stutman, P.C., be allowed to withdraw as counsel of record for Plaintiff in the above-captioned case and removed from the electronic service list in this case, and that Corrie Yackulic of the Corrie Yackulic Law Firm, PLLC, be substituted as counsel for Plaintiff.

As required by Local Rule 83.2(b)(1), substituting counsel for Plaintiff hereby certifies that this motion has been served on Plaintiff and counsel of record for Defendant BROAN-NUTONE, LLC.

///

///

## STIPULATION

Pursuant to Local Court Rule 83.2(b)(1), Plaintiff MARKEL INSURANCE COMPANY as Subrogee of SMOKEY POINT KIDS N US INC. and Defendant BROAN-NUTONE, LLC, hereby stipulate to the withdrawal and substitution of counsel for Plaintiff.

Dated this 14th day of January, 2021

| *Withdrawing Counsel for Plaintiff* | *Substituting Counsel for Plaintiff* |
|---|---|
| MARKEL INSURANCE COMPANY as Subrogee of SMOKEY POINT KIDS N US INC | MARKEL INSURANCE COMPANY as Subrogee of SMOKEY POINT KIDS N US INC |

_____       _____
Bonnie J, Bennett, WSBA #50822          Corrie J. Yackulic, WSBA #16063
LAW OFFICES OF                                       CORRIE YACKULIC LAW FIRM, PLLC
ROBERT A. STUTMAN, P.C.                 110 Prefontaine Place So,, #304
1260 Corona Point Court, Suite 306   Seattle, WA  98104
Corona, CA  92879                               Telephone:  (206) 787-1915
Telephone:  (951) 387-4700                Email:  Corrie@cjylaw.com
Facsimile:  (951) 936-1298
Email:  BennettB@stutmanlaw.com

*Counsel for Defendant*                      *Counsel for Defendant*
BROAN NUTONE, LLC                       BROAN NUTONE, LLC

Todd W. Rosencrans, WSBA #26551     Patrick Rieder (admitted *pro hac vice*)
PERKINS COIE, LLP                                  PERKINS COIE, LLP
1201 Third Avenue, Suite 49900           1120 NW Couch Street, 10th Fl.
Seattle, WA  98101-3099                         Portland, OR  97209
Telephone:  (206) 359-8000                  Telephone:  (503) 727-2222
Facsimile:  (206) 359-9000                    Email:  PRieder@perkinscoie.com
Email:  TRosencrans@perkinscoie.com
_____

STIPULATED MOTION AND ORDER FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL (2:20-cv-00859-MAT) - 2

LAW OFFICES OF ROBERT A. STUTMAN, P.C.
1260 Corona Pointe Court, Suite 306
Corona, California 92879
(951) 387-4700

**ORDER**

This matter having come before the Court on Stipulated Motion to Withdraw and Substitute Counsel, and the Court being fully advised, IT IS HEREBY ORDERED that Bonnie J. Bennett of the Law Offices of Robert A. Stutman, P.C., is allowed to withdraw as counsel of record for Plaintiff MARKEL INSURANCE COMPANY as Subrogee of SMOKEY POINT KIDS N US INC., in the above-captioned case, that she is removed form the electronic service list in this case, and that Corrie Yackulic of the Corrie Yackulic Law Firm, PLLC, be substituted as counsel for Plaintiff MARKEL INSURANCE COMPANY as Subrogee of SMOKEY POINT KIDS N US INC.

Dated this <u>19th</u> day of January, 2021

_____
Mary Alice Theiler
United States Magistrate Judge

Presented by:

_____
Bonnie J, Bennett, WSBA #50822
LAW OFFICES OF
ROBERT A. STUTMAN, P.C.
1260 Corona Point Court, Suite 306
Corona, CA  92879
Telephone:  (951) 387-4700
Facsimile:  (951) 936-1298
Email:  BennettB@stutmanlaw.com

Attorney for Plaintiff
MARKEL INSURANCE COMPANY
as Subrogee of SMOKEY

STIPULATED MOTION AND ORDER FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL (2:20-cv-00859-MAT) - 3

LAW OFFICES OF ROBERT A. STUTMAN,  P.C.
1260 Corona Pointe Court, Suite 306
Corona, California 92879
(951) 387-4700